**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3656

_____

| | |
|---|---|
| Roy Eugene Beal, Julie McKay, Ruth Stewart, and Karen Hughes, | * <br> * <br> *   Appeal from the United States |
|         Plaintiffs-Appellants, | *   District Court for the <br> *   Southern District of Iowa. |
|    v. | * <br> *   [UNPUBLISHED] |
| Rubbermaid Commercial Products, Inc., | * <br> * <br> * |
|        Defendant-Appellee. | |

_____

Submitted: April 17, 1998
Filed: May 7, 1998

_____

Before McMILLIAN, BOWMAN,[1] and MURPHY, Circuit Judges.

_____

PER CURIAM.

Roy Eugene Beal, Julie McKay, Ruth Stuart, and Karen Hughes were discharged from their positions with Rubbermaid Commercial Products, Inc., due to repeated attendance problems. They filed suit claiming that many of the absences were exempted under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601-2654, and also raising claims for breach of contract, retaliatory discharge, and

_____

[1]The Honorable Pasco M. Bowman became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 18, 1998.

violations of the Iowa Civil Rights Act, Iowa Code § 216.  Plaintiffs appealed from the summary judgment granted by the district court[2] to Rubbermaid, challenging only the rulings on their claims under the FMLA. Based on our review of the record we affirm on the basis of the district court's thorough opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.